**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ROBERT L. BARKLEY,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>STACKPATH, LLC, et al.,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-CV-03763-JPB |

## J U D G M E N T

This action having come before the court, Honorable J.P. Boulee, United States District Judge, for consideration of Stackpath, LLC's Motion for Summary Judgment and Defendant's Motion to Dismiss, and the court having granted both motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that Stackpath, LLC recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 21st day of August, 2023.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　s/ N. Bowen
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 21, 2023
Kevin P. Weimer
Clerk of Court

By:　s/ N. Bowen
　　　Deputy Clerk