# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **ROBERT L. BARKLEY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **Civil Action File No.** |
| **v.** | ) | **1:21-cv-03763-JPB-CMS** |
| | ) | |
| **STACKPATH, LLC,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## AFFIDAVIT OF DEBRÁN O'NEIL IN SUPPORT
## OF DEFENDANT'S BILL OF COSTS

---

STATE OF TEXAS     §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this date personally appeared Debrán O'Neil, known to me to be the person whose name appears below and, upon being duly sworn, stated as follows:

1.      My name is Debrán O'Neil. I am over the age of twenty-one (21) years and competent to make this Affidavit. I am a partner in the law firm Carrington, Coleman, Sloman & Blumenthal, L.L.P. ("Carrington Coleman"), and I am counsel of record for Defendant StackPath, LLC ("StackPath") in the above-captioned action (the "Litigation").

2.     In my capacity as StackPath's counsel of record, I have access to and personal knowledge of the files and records pertaining to the Litigation, including the files and records pertaining to expenses incurred by StackPath in connection with the Litigation.  On the basis of such personal knowledge and my personal review of such files and records, I affirm that the facts stated herein are true and correct. I understand that this Affidavit is to be attached as a verification to Defendant's Bill of Costs filed in this Litigation pursuant to the entry of the final judgment.

3.     The Bill of Costs, filed simultaneously with this Affidavit, is a true and correct summary itemization of charges, totaling $7,232.00, incurred by Defendant for costs necessary to its successful defense of this lawsuit.  Included are the clerk's fees for admission pro hac vice and the costs to obtain the depositions of key witnesses.  These charges were reasonable and necessary for Defendant's defense of the claims brought by Plaintiff in the Litigation and were actually and necessarily performed. My law firm purchased the transcripts and videos taken in this case, which my firm billed to StackPath.

***Pro Hac Vice Filing Fees***

4.     My partner, Mike Birrer, and I were StackPath's lead attorneys throughout this case. Under N.D. Georgia Local Rule 83.1, representing StackPath in this case required that Mr. Birrer and I apply for admission *pro hac vice*. On

October 20, 2021, StackPath's local counsel Christina Baugh filed *pro hac vice* applications for Mr. Birrer and me. Doc. 10-11. As reflected on the docket and the receipts, the Clerk's Office charged $150 for each application. *See* **Exhibit 1** & October 20, 2021 docket entries. StackPath reimbursed Ms. Baugh's law firm for the *pro hac vice* fees. Accordingly, StackPath's Bill of Costs includes $300 for these *pro hac vice* fees.[1]

***Deposition Transcripts and Videos***

5.     StackPath noticed the deposition of Robert Barkley, Plaintiff in this case. Mike Birrer attended and took the deposition as a representative of StackPath. Taking Mr. Barkley's deposition and obtaining the transcript of that deposition were necessary to a defense of his claims. Ultimately, the information obtained was used in Defendant's successful Motion for Summary Judgement. A true and correct copy

---

[1]  28 U.S.C. § 1920(1) (recoverable costs include "Fees of the clerk"); *Lowe-Cooke v. Masterfoods USA, Inc.*, No. 1:06-CV-2253-ODE, 2009 WL 10672395, at *2–3 (N.D. Ga. Sept. 18, 2009) ("there is no consensus among the federal courts as to whether pro hac vice fees are taxable as 'fees of the clerk," but "the Court agrees with those courts that have granted prevailing parties their attorneys' reasonably necessary pro hac vice admission fee.").

of the $1,271.95 invoice for the Barkley deposition transcript is attached as **Exhibit 2**.[2]

6.      Barkley requested the deposition of Kassidy Gerber, the main contact person at Valve, one of StackPath's key customers. StackPath ultimately noticed the deposition due to scheduling concerns. Barkley's involvement with managing the Valve relationship, among other things, was a consideration in Barkley's termination, and it was reasonable and necessary to attend this deposition to defend against Plaintiff's claims. Ultimately, the information obtained was used in Defendant's successful Motion for Summary Judgement. A true and correct copy of the $487.40 invoice for the deposition transcript is attached as **Exhibit 3.** In addition to the written record, the deposition was video recorded for use at trial since the witness was out of subpoena range. Attached as **Exhibit 4** is a true and correct copy of the $390.00 invoice for the video of the Gerber deposition. Obtaining the video of that deposition was reasonably necessary to StackPath's defense of Barkley's claims and for the then-anticipated trial.

---

[2]   Throughout my affidavit and in StackPath's Bill of Costs, I included the fees necessary for obtaining the testimony, deposition transcripts, and exhibits, but I did not include additional fees reflected on the invoice, such as "e-bundle/lit support package "and "processing, handling, and archiving."

7.     StackPath noticed the deposition of Justin Grindstaff, former Senior Vice President of Sales and former Chief Revenue Officer for StackPath. Grindstaff likewise had knowledge of Barkley's involvement with the Valve account and the sales representatives' duties and expectations. Taking Grindstaff's deposition and obtaining the transcript of that deposition were necessary to a defense of Barkley's claims. Ultimately, the information obtained was used in Defendant's successful Motion for Summary Judgement. A true and correct copy of the $776.85 invoice for the Grindstaff deposition transcript is attached as **Exhibit 5**. In addition to the written record, the deposition was video recorded for use at trial since the witness was out of subpoena range. Attached as **Exhibit 6** is a true and correct copy of the $390.00 invoice for the video of the Grindstaff deposition. Obtaining the video of that deposition was reasonably necessary to StackPath's defense of Barkley's claims and for the then-anticipated trial.

8.     StackPath noticed the deposition of Sherri Russell, former Chief Financial Officer for StackPath. Russell provided the decisionmakers with the sales data used in Barkley's evaluation and termination decision. She also had knowledge of Barkley's involvement with the Valve account. Taking Russell's deposition and obtaining the transcript of that deposition were necessary to a defense of Barkley's claims. Ultimately, the information obtained was used in Defendant's successful

Motion for Summary Judgement. A true and correct copy of the $1,327.25 invoice for the Russell deposition transcript is attached as **Exhibit 7**. In addition to the written record, the deposition was video recorded for use at trial since the witness was out of subpoena range. Attached as **Exhibit 8** is a true and correct copy of the $390.00 invoice for the video of the Russell deposition. Obtaining the video of that deposition was reasonably necessary to StackPath's defense of Barkley's claims and for the then-anticipated trial.

9.    Barkley noticed the depositions of former StackPath employee, Neal Bass. A true and correct copy of the $1,165.60 invoice for the deposition transcript is attached as **Exhibit 9.** Obtaining the transcript of that deposition was reasonably necessary to StackPath's defense of Barkley's claims and for the then-anticipated trial.

10.    Barkley also noticed the depositions of former StackPath employee, Lee Baker. A true and correct copy of the $732.95 invoice for the deposition transcript is attached as **Exhibit 10.** Obtaining the transcript of that deposition was reasonably necessary to StackPath's defense of Barkley's claims and for the then-anticipated trial.

11.    Having reviewed the relevant legal authorities,[3] the deposition transcripts were necessarily obtained for use in this case, and the depositions were related to issues in this case. When the deposition transcripts were purchased, I believed the transcripts were reasonably necessary for pre-trial motions and the then-anticipated trial. Likewise, I believed the videos were reasonably necessary for the then-anticipated trial.[4]



Debrán L. O'Neil

SUBSCRIBED AND SWORN TO before me this 28th day of August, 2023.

NOTARY PUBLIC in and for the State of Texas

TAMERA J. ALDERMAN
Notary Public
State of Texas
ID # 808060-3
My Comm. Expires 01-20-2024

---

[3]    28 U.S.C. § 1920(2) (costs include "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case."). *Harrison v. Belk, Inc.*, 740 Fed. App'x 708, 709 (11th Cir. 2018) (a party may recover "costs associated with the depositions submitted by the parties in support of their summary judgment motions."); *Watson v. Lake County*, 492 F. App'x 991, 996–97 (11th Cir. 2012) ("even where a deposition is not ultimately used as part of a prevailing party's case, we have held that the costs of the deposition are taxable under § 1920 where no evidence shows that the deposition was unrelated to an issue in the case at the time it was taken.").

[4]    *Watson v. Lake County*, 492 Fed. App'x 991, 997 (11th Cir. 2012) ("Where a party notices a deposition to be recorded by both stenographic and non-stenographic means, and no objection is raised at that time as to the method of recordation, pursuant to Fed. R. Civ. P. 26(c), a court can award the cost of conducting the deposition in the manner noticed").

**Mitchum, Lisa**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, October 20, 2021 12:55 PM |
| **To:** | Mitchum, Lisa |
| **Subject:** | [EXTERNAL]Pay.gov Payment Confirmation: GEORGIA NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Kathy Sewell at 404-215-1625.

Account Number: 5698563
Court: GEORGIA NORTHERN DISTRICT COURT
Amount: $150.00
Tracking Id: AGANDC-11340019
Approval Code: 091513
Card Number: ************1411
Date/Time: 10/20/2021 12:55:12 ET

NOTE: This is an automated message. Please do not reply

EXHIBIT 1

**Mitchum, Lisa**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, October 20, 2021 12:54 PM |
| **To:** | Mitchum, Lisa |
| **Subject:** | [EXTERNAL]Pay.gov Payment Confirmation: GEORGIA NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Kathy Sewell at 404-215-1625.

Account Number: 5698563
Court: GEORGIA NORTHERN DISTRICT COURT
Amount: $150.00
Tracking Id: AGANDC-11340009
Approval Code: 048960
Card Number: ************1411
Date/Time: 10/20/2021 12:53:35 ET

NOTE: This is an automated message. Please do not reply



# Invoice

**Invoice No:** 1393704
**Invoice Date:** 1/6/2023
**Payment Terms:** Net 30

**Bill To:**
Michael (Mike) Birrer
Carrington Coleman Sloman & Blumenthal - Dallas
901 Main St Ste 5500
Dallas TX 75202-3767
United States

**Case Name:**
Robert L. Barkley v. StackPath, LLC

**Case Number:**

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2022-874213 | Robert Barkley | 12/19/2022 | Alpharetta, GA | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy | 252 | $945.00 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 71 | $31.95 |
| E-Bundle / Lit Support Package | 1 | $43.50 |
| Reporter Appearance Fee | 1 | $295.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

EXHIBIT 2



# Invoice

**Invoice No:** 1393704

**Invoice Date:** 1/6/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Michael (Mike) Birrer
Carrington Coleman Sloman & Blumenthal - Dallas
901 Main St Ste 5500
Dallas TX 75202-3767
United States

**Subtotal:** $1,345.45

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $1,345.45

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1393704

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $1,345.45 |
| **After 2/5/2023 Pay** | $1,365.63 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1411496

**Invoice Date:** 2/23/2023
**Payment Terms:** Net 30

**Bill To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Case Name:**
Robert Barkley v. StackPath, LLC

**Case Number:**

**Location:** LegalView - All parties appearing remotely

**Job Date:** 2/10/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-878417 | Kassidy Gerber | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video Testimony | 68 | $292.40 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| E-Bundle / Lit Support Package | 1 | $43.50 |
| Reporter Appearance Fee | 1 | $195.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

EXHIBIT 3



# Invoice

**Invoice No:** 1411496

**Invoice Date:** 2/23/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Subtotal:** $560.90

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $560.90

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1411496

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | | |
|---|---|---|
| **Amount Due** | $560.90 |
| **After  Pay** | |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1411498

**Invoice Date:** 2/23/2023
**Payment Terms:** Net 30

**Bill To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Case Name:**
Robert Barkley v. StackPath, LLC

**Case Number:**

**Location:** LegalView - All parties appearing remotely

**Job Date:** 2/10/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-878417 | Kassidy Gerber | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 2 | $290.00 |
| DVD / MPEG Conversion | 2 | $100.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

EXHIBIT 4



# Invoice

**Invoice No:** 1411498

**Invoice Date:** 2/23/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Subtotal:** $420.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $420.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1411498

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $420.00 |
| **After  Pay** | |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1415311

**Invoice Date:** 3/7/2023
**Payment Terms:** Net 30

**Bill To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Case Name:**
Robert Barkley v. Stackpath, LLC

**Case Number:**

**Location:** LegalView - All parties appearing remotely

**Job Date:** 2/15/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-879095 | Justin Grindstaff | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Video Testimony - No Copy Sale | 90 | $580.50 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 3 | $1.35 |
| E-Bundle / Lit Support Package | 1 | $43.50 |
| Reporter Appearance Fee | 1 | $195.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

EXHIBIT 5



# Invoice

**Invoice No:** 1415311

**Invoice Date:** 3/7/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Subtotal:** $850.35

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $850.35

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1415311

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $850.35 |
| **After 4/6/2023 Pay** | $863.11 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1415312

**Invoice Date:** 3/7/2023
**Payment Terms:** Net 30

**Bill To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Case Name:**
Robert Barkley v. Stackpath, LLC

**Case Number:**

**Location:** LegalView - All parties appearing remotely

**Job Date:** 2/15/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-879095 | Justin Grindstaff | | | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 2 | $290.00 |
| DVD / MPEG Conversion | 2 | $100.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

EXHIBIT 6

1 of 2



# Invoice

**Invoice No:** 1415312

**Invoice Date:** 3/7/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Debran O'Neil
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Ste. 5500
Dallas Texas 75202
United States

**Subtotal:** $420.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $420.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1415312

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Amount Due** | $420.00 |
| **After 4/6/2023 Pay** | $426.30 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1423190

**Invoice Date:** 3/27/2023
**Payment Terms:** Net 30

**Bill To:**
Michael (Mike) Birrer
Carrington, Coleman, Sloman & Blumenthal, L.L.P. -
Dallas
901 South Main Street, Suite 5500
Dallas TX 75202
United States

**Case Name:**
Robert L. Barkley v. Stackpath, LLC

**Case Number:**

**Location:** LegalView - All parties appearing remotely

**Job Date:** 2/27/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|-------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-884187 | Sherri Russell | | | | | 029323-0003. | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Transcript & 1 Copy - Videotaped Testimony | 263 | $1,130.90 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 3 | $1.35 |
| E-Bundle / Lit Support Package | 1 | $43.50 |
| Reporter Appearance Fee | 1 | $195.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

1 of 2

EXHIBIT 7



# Invoice

**Invoice No:** 1423190
**Invoice Date:** 3/27/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Michael (Mike) Birrer
Carrington, Coleman, Sloman & Blumenthal, L.L.P. - Dallas
901 South Main Street, Suite 5500
Dallas TX 75202
United States

Subtotal: $1,400.75

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

Tax Total(%): $0.00

Total: $1,400.75

**To pay this invoice by credit card:**
1) Visit https://www.lexitaslegal.com/pay-invoice
2) Enter Invoice # 1423190

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $1,400.75 |
| **After 4/26/2023 Pay** | $1,421.76 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



# Invoice

**Invoice No:** 1423192

**Invoice Date:** 3/27/2023
**Payment Terms:** Net 30

**Bill To:**
Michael (Mike) Birrer
Carrington, Coleman, Sloman & Blumenthal, L.L.P. - Dallas
901 South Main Street, Suite 5500
Dallas TX 75202
United States

**Case Name:**
Robert L. Barkley v. Stackpath, LLC

**Case Number:**

**Location:** LegalView - All parties appearing remotely

**Job Date:** 2/27/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|-------|--------------|--------------|---------------------|-----------------|-----------|---------------|-------------|
| 2023-884187 | Sherri Russell | | | | | 029323-0003. | |

| Item | Quantity | Amount |
|------|----------|--------|
| LegalView - Remote Video Streaming - COMPLIMENTARY | 1 | $0.00 |
| LegalView - Remote Video Recording - Per Hour | 2 | $290.00 |
| DVD / MPEG Conversion | 2 | $100.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

1 of 2

EXHIBIT 8



# Invoice

**Invoice No:** 1423192
**Invoice Date:** 3/27/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Michael (Mike) Birrer
Carrington, Coleman, Sloman & Blumenthal, L.L.P. - Dallas
901 South Main Street, Suite 5500
Dallas TX 75202
United States

**Subtotal:** $420.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total(%):** $0.00

**Total:** $420.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1423192

**Payments and Credits:** $0.00

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $420.00 |
| **After 4/26/2023 Pay** | $426.30 |

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173



Mike Birrer
Carrington Coleman Sloman & Blumenthal, LLP
901 Main St.,
Suite 5500
Dallas, TX 75202

### *Invoice #755871*

| Date | Terms |
|------|-------|
| 02/13/2023 | Due on receipt |

**Job #440073 on 01/27/2023**

**Case:** Robert L. Barkley vs. Stackpath, LLC
**Case#:** 1:21-cv-3763-JPB-CMS (GA)

| Description | | | Amount |
|-------------|--|--|--------|
| **Copy Transcript of John Neal Bass - 238 pages** | | | |
| Copy of Transcript | | | $ 1,035.30 |
| B&W Scanned Documents | | | $ 0.50 |
| Color Scanned Documents | | | $ 4.80 |
| Lit Support Package | | | $ 30.00 |
| Remote Video Conference | | | $ 125.00 |
| Processing & Production Fee | | | $ 15.00 |
| | | | $ 1,210.60 |

| | |
|--|--|
| Amount Due: | $ 1,210.60 |
| Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 1,210.60** |
| **Payment Due:** | **Upon Receipt** |

**If paid after 03/15/2023 please pay this amount:**     $ 1,331.66

**We value you as a Partner and appreciate your business.**

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**Advanced One Legal**

EXHIBIT 9

*Invoice #755871*

**PO Box 734298 Dept 2038**
**Dallas, TX 75373-4298**
**(866) 715-7770 or email kim.linarte@lexitaslegal.com**

**Quick and Easy Online Payment option: https://advancedone.com/bill-pay/**
**Click this link for our current W9:**
**https://go.lexitaslegal.com/l/851343/2023-01-24/fhtv1/851343/1674575208N9VIp5vW/Advanced_One_W9.pdf**



Mike Birrer
Carrington Coleman Sloman & Blumenthal, LLP
901 Main St.,
Suite 5500
Dallas, TX 75202

### *Invoice #757065*

| Date | Terms |
|------|-------|
| 02/28/2023 | Due on receipt |

**Job #440075 on 02/14/2023**

**Case:** Robert L. Barkley vs. Stackpath, LLC
**Case#:** 1:21-cv-3763-JPB-CMS (GA)

| Description | Amount |
|-------------|--------|
| **Copy Transcript of Lee Baker - 119 pages** | |
| Copy of Transcript | $ 600.95 |
| B&W Scanned Documents | $ 7.00 |
| Lit Support Package | $ 50.00 |
| Remote Video Conference | $ 125.00 |
| Processing & Production Fee | $ 60.00 |
| | $ 842.95 |

| | |
|---|---|
| Amount Due: | $ 842.95 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 842.95** |
| **Payment Due:** | **Upon Receipt** |

**If paid after 03/30/2023 please pay this amount:** **$ 927.25**

We value you as a Partner and appreciate your business.

**\*\*AdvancedONE Legal can accommodate direct billing to third parties, including insurance carriers\*\***

**TAX ID # 46-4363191**
**Please make checks payable to:**
**AdvancedOne/Lexitas**
**PO Box 734298 Dept 2038**

# EXHIBIT 10